JS-6

# UNITES STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. LML0367 AND LML0367-01,<br><br>Plaintiff,<br><br>vs.<br><br>STARMAX ENTERPRISES, INC., a California Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-07811-CAS-JPR<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION FILED AS DOCKET NO. [13]**<br><br>[**Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii);**<br>L.R. 5-4.4.1 and L.R. 5-4.4.2]<br><br>Hon. Christina A. Snyder |

/ / /

/ / /

/ / /

/ / /

/ / /

1
[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION FILED AS DOCKET NO. [13]

2452960v.1

1  Per the stipulation of the parties to the above action filed pursuant to Federal
2  Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-entitled action is hereby
3  dismissed in its entirety with prejudice, with each of the parties to bear its own fees
4  and costs.

**IT IS SO ORDERED.**

DATED:  April 29, 2016

_____
Hon. Christina A. Snyder